UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCLINTOCK, | No. 2:13-cv-0264-TLN-DAD P |
| Plaintiff, | |
| v. | ORDER |
| COLOSIMO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2014 (ECF No. 17) are adopted in full;

1

2.  Defendants Roberts and Lara are dismissed from this action without prejudice; and

3. This case is referred back to the Magistrate Judge for the issuance of an order directing service of the amended complaint on defendants Colosimo, Beshears, Meriweather, and Casillas.

Dated: March 7, 2014

_____
Troy L. Nunley
United States District Judge