IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCLINTOCK,** | Case No. 2:13-cv-00264-TLN-DB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE FURTHER SCHEDULING ORDER (ECF NO. 91)** |
| v. | |
| **COLOSIMO, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the Further Scheduling Order (ECF No. 97) is GRANTED. Defendants' pre-trial statement shall be due by July 31, 2017.

DATED: June 5, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/mccl0264.pts eot