UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK, | No. 2:13-cv-0264 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| COLOSIMO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants Colosimo and Beshears violated his Eighth Amendment right to be free of cruel and unusual punishment when they allowed a door to remain closed on him. In a revised scheduling order issued June 21, 2017, the court set a deadline of August 15, 2017 for plaintiff's pretrial statement and August 31, 2017 for defendants' pretrial statement. (ECF No. 102.)

Plaintiff now moves the court for an extension of that deadline because he has been unable to communicate with an incarcerated witness. (ECF No. 105.) Plaintiff also moves for an order compelling Mule Creek State Prison to permit him to communicate with this witness. (ECF No. 104.) The court is concerned that plaintiff is not being permitted to communicate with a witness he feels is material to his case in order to comply with the requirements for filing a pretrial statement.

1

1 | Within seven days of the filed date of this order, defendants shall file a response to
2 | plaintiff's motion to compel.
3 | IT IS SO ORDERED.
4 | Dated: August 1, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/mccl0264.resp