# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOHN McCLINTOCK,   No. 2:13-cv-0264 TLN DB P

    Plaintiff,

  v.

COLOSIMO, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

John McClintock, CDCR # T-79940, a necessary and material witness in a settlement conference in this case on May 10, 2018, is confined in the Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman to appear by video conference at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, May 10, 2018 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, by video conference, at the time and place above, until completion of the settlement conference or as ordered by the court.

2. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, MCSP, P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

///
///
///
///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 2, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Civil Rights/mccl0264.841.vc